Decided February 3, 1998

STATE OF CONNECTICUT *v.* WILLIE JOSEPH FULLER

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 917 (AC 16061), is denied.

*Laila M. Ghabrial,* in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided February 3, 1998